(No. 3188— ▇▇▇▇▇▇▇▇▇▇)

H. D. Ludlow, Claimant, vs. State of Illinois, Respondent.

Opinion filed March 25, 1938.

Award vacated January 11, 1939.